| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Darren T. Brenner |
| 2 | Nevada Bar No. 8386 |
| | Jory C. Garabedian |
| 3 | Nevada Bar No. 10352 |
| 4 | 8337 W. Sunset Road, Suite 220 |
| | Las Vegas, Nevada 89113 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| | dbrenner@wrightlegal.net |
| 6 | *Attorneys for Defendant U.S. Bank National Association and ChexSystems, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROOTA SHIRINYANS, | Case No.: 2:25-cv-00411-GMN-EJY |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. AND CHEXSYSTEMS, INC. TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC, | |
| | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to Local Rule 7-1 and Local Rule 6-1, Plaintiff Roota Shirinyans ("Plaintiff") and Defendants U.S. Bank National Association ("U.S. Bank") and ChexSystems, Inc. ("ChexSystems") (together, "Defendants"), by and through their respective undersigned counsel of record, submit this Joint Motion and Proposed Order.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the time for Defendants to respond to the Complaint in this action is extended to and through May 1, 2025. This is the Parties' first request for an extension of this deadline.

/././

/././

/././

/././

/././

The Parties request this extension to permit Defendants to review the allegations and for the Parties to discuss a possible early resolution of this case to avoid unnecessary fees and costs.

DATED this 2nd day of April, 2025.                    DATED this 2nd day of April, 2025.

*/s/ Kevin L. Hernandez*                              */s/ Darren T. Brenner*
LAW OFFICE OF KEVIN L. HERNANDEZ                      WRIGHT, FINLAY & ZAK, LLP
Kevin L. Hernandez                                    Darren T. Brenner
Nevada Bar No. 12594                                  Nevada Bar No. 8386
8920 W. Tropicana Avenue, Suite 101                   8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89147                               Las Vegas, Nevada 89113
Tel.: (702) 563-4450; Fax: (702) 552-0408             Tel.: (702) 475-7964; Fax: (702) 946-1345
kevin@kevinhernandezlaw.com                           dbrenner@wrightlegal.net
*Attorney for Plaintiff*                              *Attorneys for Defendant U.S. Bank National Association and ChexSystems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: April 2, 2025