John S. Delikanakis, Esq.
Nevada Bar No. 5928
Jesse Hogin, Esq.
Nevada Bar No. 14484
SNELL & WILMER L.L.P.
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: jdelikanakis@swlaw.com
       jhogin@swlaw.com

*Attorneys for Defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC<br><br>Defendants. | Case No.: 2:25-cv-00411-GMN-EJY<br><br>**JOINT MOTION TO EXTEND TIME FOR BANK OF AMERICA, N.A. TO FILE RESPONSE TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rule 7-1 and Local Rule 6-1, Plaintiff Roota Shirinyans ("Plaintiff") and Defendant Bank of America, N.A. ("BANA"), by and through their respective undersigned counsel of record, submit this Joint Motion and Proposed Order.

IT IS STIPULATED AND AGREED by and between Plaintiff and BANA that the time for BANA to respond to the Complaint in this action is extended to and through May 1, 2025. This is the Parties' first request for an extension of this deadline.

///

///

///

///

///

///

4907-8794-5009

The Parties request this extension to permit BANA to review the allegations and for the Parties to discuss a possible early resolution of this case to avoid unnecessary fees and costs.

Dated: April 3, 2025

| LAW OFFICE OF KEVIN L. HERNANDEZ | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>(NV Bar No. 12594)<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147 | By: */s/ John S. Delikanakis*<br>John S. Delikanakis, Esq. (NV Bar No. 5928)<br>Jesse Hogin, Esq. (NV Bar No. 14484)<br>1700 S. Pavilion Center Drive, Ste. 700<br>Las Vegas, NV 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Bank of America, N.A.* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2025

- 2 -

4907-8794-5009