1  WRIGHT, FINLAY & ZAK, LLP
   Darren T. Brenner, Esq.
2  Nevada Bar No. 8386
   Jory C. Garabedian, Esq.
3  Nevada Bar No. 10352
4  8337 W. Sunset Road, Suite 220
   Las Vegas, Nevada 89113
5  (702) 475-7964; Fax: (702) 946-1345
   dbrenner@wrightlegal.net
6  jgarabedian@wrightlegal.net
7  *Attorneys for Defendant U.S. Bank National Association and ChexSystems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS, | Case No.: 2:25-cv-00411-GMN-EJY |
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR U.S. BANK, N.A. AND CHEXSYSTEMS, INC. TO FILE RESPONSE TO COMPLAINT** |
| vs. | |
| BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC, | **[SECOND REQUEST]** |
| Defendants. | |

Pursuant to Local Rule 7-1 and Local Rule 6-1, Plaintiff Roota Shirinyans ("Plaintiff") and Defendants U.S. Bank National Association ("U.S. Bank") and ChexSystems, Inc. ("ChexSystems") (together, "Defendants"), by and through their respective undersigned counsel of record, submit this Joint Motion and Proposed Order.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants that the time for Defendants to respond to the Complaint in this action is extended to and through May 30, 2025. This is the Parties' second request for an extension of this deadline.

/ / /

/ / /

/ / /

The Parties request this extension to permit Defendants to review the allegations and for the Parties to continue their discussions regarding a possible early resolution of this case to avoid unnecessary fees and costs.

DATED this 29th day of April, 2025.   DATED this 29th day of April, 2025.

*/s/ Kevin L. Hernandez*   */s/ Jory C. Garabedian*
LAW OFFICE OF KEVIN L. HERNANDEZ   WRIGHT, FINLAY & ZAK, LLP
Kevin L. Hernandez, Esq.   Jory C. Garabedian, Esq.
Nevada Bar No. 12594   Nevada Bar No. 10352
8920 W. Tropicana Avenue, Suite 101   8337 W. Sunset Road, Suite 220
Las Vegas, Nevada 89147   Las Vegas, Nevada 89113
.
*Attorney for Plaintiff, Roota Shirinyans*   *Attorneys for Defendants, U.S. Bank National Association and ChexSystems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __April 29, 2025_____