1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8920 W. Tropicana Avenue, Suite 101
   Las Vegas, Nevada 89147
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-00411-GMN-EJY<br><br>**JOINT MOTION AND PROPOSED ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF NO. 28]**<br><br>**[First Request]** |

Under LR IA 6-1, Plaintiff, Roota Shirinyans ("Plaintiff"), and Defendants, U.S. Bank, N.A. and ChexSystems, Inc. ("Defendants") have agreed to extend the time for Plaintiff to file a Response to Defendants' Motion for Judgment on the Pleadings [ECF No. 28] ("Motion") to **August 25, 2025** and for Defendants to file their Reply on **September 11, 2025.** Defendants filed their Motion on August 1, 2025, and the current response deadline is August 15, 2025.

The parties request these brief extensions to further evaluate Defendants' Motion and Plaintiff's pending Opposition and to prepare substantive responses. The parties' request is also based upon ongoing settlement discussions, which may resolve the case against the Defendants without further briefing or expending unnecessary attorneys' fees and costs.

///

///

This is the first request for an extension to respond to the Motion and this request is made in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Date: August 14, 2025

| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **WRIGHT, FINLAY & ZAK, LLP** |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Jory Garabedian*<br>Jory Garabedian<br>Nevada Bar No. 10352<br>8337 W. Sunset Rd., Suite 220<br>Las Vegas, Nevada 89113<br>dbrenner@wrightlegal.net<br>*Attorneys for Defendants U.S. Bank, N.A. and ChexSystems, Inc.* |

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  August 15, 2025