Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC,<br><br>Defendants. | Case No.: 2:25-cv-00411-GMN-EJY<br><br>**JOINT MOTION AND PROPOSED ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF NO. 28]**<br><br>**[Second Request]** |

Under LR IA 6-1, Plaintiff, Roota Shirinyans ("Plaintiff"), and Defendants, U.S. Bank, N.A. and ChexSystems, Inc. ("Defendants") have agreed to extend the time for Plaintiff to file a Response to Defendants' Motion for Judgment on the Pleadings [ECF No. 28] ("Motion") to **September 8, 2025** and for Defendants to file their Reply on **September 25, 2025.** Defendants filed their Motion on August 1, 2025, and the current response deadline is August 25, 2025, by consent.

The parties request these brief extensions to further evaluate Defendants' Motion and Plaintiff's pending Opposition and to prepare substantive responses. The parties' request is also based upon continuing settlement discussions, which may resolve the case against the Defendants and obviate the need for further briefing or the necessity of expending unnecessary attorneys' fees and costs.

1  This is the second request for an extension to respond to the Motion and this request is
2  made in good faith and not for the purpose of delay.
3  IT IS SO STIPULATED.
4  Date: August 22, 2025

| **LAW OFFICE OF KEVIN L. HERNANDEZ** | **KLINEDINST PC** |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Darren T. Brenner*<br>Darren T. Brenner<br>Nevada Bar No. 8386<br>5940 South Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>dbrenner@klinedinstlaw.com<br>*Attorneys for Defendants U.S. Bank, N.A. and ChexSystems, Inc.* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED:   August 27, 2025