Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC,<br><br>Defendants. | Case No.: 2:25-cv-00411-GMN-EJY<br><br>**JOINT MOTION AND PROPOSED ORDER EXTENDING TIME FOR PLAINTIFF'S RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS [ECF NO. 28]**<br><br>**[Third Request]** |

Under LR IA 6-1, Plaintiff, Roota Shirinyans ("Plaintiff"), and Defendants, U.S. Bank, N.A. and ChexSystems, Inc. ("Defendants") have agreed to extend the time for Plaintiff to file a Response to Defendants' Motion for Judgment on the Pleadings [ECF No. 28] ("Motion") to **September 22, 2025** and for Defendants to file their Reply on **October 9, 2025.** Defendants filed their Motion on August 1, 2025, and the current response deadline is September 8, 2025, by consent.

The parties' request is based upon continuing substantive settlement discussions. The parties are nearing a resolution but are awaiting final authority from our respective clients. The settlement will resolve the case against the Defendants and obviate the need for further briefing or the necessity of expending unnecessary attorneys' fees and costs.

This is the third request for an extension to respond to the Motion and this request is made

in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Date: September 8, 2025

| LAW OFFICE OF KEVIN L. HERNANDEZ | KLINEDINST PC |
|---|---|
| */s/ Kevin L. Hernandez*<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>8920 W. Tropicana Avenue, Suite 101<br>Las Vegas, NV 89147<br>kevin@kevinhernandezlaw.com<br>*Attorney for Plaintiff* | */s/ Darren T. Brenner*<br>Darren T. Brenner<br>Nevada Bar No. 8386<br>5940 South Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>dbrenner@klinedinstlaw.com<br>*Attorneys for Defendants U.S. Bank, N.A. and ChexSystems, Inc.* |

**IT IS SO ORDERED**:

Dated this  9  day of September, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court