Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROOTA SHIRINYANS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., U.S. BANK, N.A., CHEXSYSTEMS, INC., EARLY WARNING SERVICES, LLC,<br><br>　　　　Defendants. | Case No.: 2:25-cv-00411-GMN-EJY<br><br>**ORDER DISMISSING BANK OF AMERICA, N.A., CHEXSYSTEMS, INC., AND U.S. BANK, N.A. WITH PREJUDICE** |

Plaintiff, Roota Shirinyans ("Plaintiff") and Defendants, Bank of America, N.A., ChexSystems, Inc., and U.S. Bank, N.A. ("Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the claims against Defendants with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with the Parties bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 1, 2025

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 1, 2025

**SNELL & WILMER L.L.P**

/s/ *John S. Delikanakis*
John S. Delikanakis, Esq. (NV Bar #5928)
Jesse Hogin, Esq. (NV Bar #14884)
1700 S. Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Defendant Bank of America, N.A.*

Dated: December 1, 2025

**KLINEDINST PC**

/s/ *Darren T. Brenner*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
5940 South Rainbow Blvd.
Las Vegas, NV 89118
dbrenner@klinedinstlaw.com
*Attorneys for U.S. Bank, N.A. and ChexSystems, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE

Under Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's claims against Bank of America, N.A., ChexSystems, Inc., and U.S. Bank, N.A. are hereby dismissed with prejudice. Plaintiff and Defendants will bear their own costs, attorney's fees, and expenses.

IT IS SO ORDERED.

DATED this  1  day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court